**Order entered February 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00636-CR

**CEDRIC DERRELL MILLAGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80247-07**

## ORDER

Appellant's January 31, 2013 motion to stay the briefing schedule is **GRANTED** to the extent we **ORDER** Official Court Reporter Janet L. Dugger to file, within **THIRTY** days of the date of this order, either a supplemental reporter's record of the pretrial hearings and the first trial conducted in this case or else a letter certifying that no such records exist.

We **EXTEND** the time to file appellant's brief until **SIXTY** days from the date of this order.

WE **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Janet L. Dugger.

/s/    LANA MYERS
        JUSTICE